**MEMORANDUM ENDORSED**

# STEPHEN D. HANS & ASSOCIATES, P.C.
LABOR & EMPLOYMENT COUNSEL FOR OVER 40 YEARS

30-30 Northern Blvd, Suite 401
Long Island City, NY 11101

T: 718.275.6700 • F: 718.275.6704

December 7, 2023

Hon. Gregory H. Woods, U.S.M.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/8/2023

Re: **Tarax et al v. Bajaj Food Corp. et al**
**Case No. 23-cv-04057**

Dear Judge Woods:

I represent the Defendant in the above matter. I write this letter with Plaintiff's counsel consent.

The purpose of this letter is to request an adjournment for the upcoming conference that was originally scheduled for January 16, 2024, but we received notice on December 1, 2023, that the conference was rescheduled to December 28, 2023. I have a previously scheduled vacation and I will be out of the country from December 23 and will not return until December 30, 2023. I have attached a copy of my flight itinerary as proof of this.

I appreciate the Court's attention to this matter.

Respectfully Submitted,

/s/ Stephen Hans
Stephen D. Hans (SH-0798)
30-30 Northern Boulevard
Suite# 401
Long Island City, NY 11101
Tel: 718-275-6700

Application granted. The conference scheduled for December 28, 2023 is rescheduled to December 22, 2023 at 1:00 p.m. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Individual Rules. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 23.

SO ORDERED.

Dated: December 8, 2023
New York, New York

GREGORY H. WOODS
United States District Judge

www.hansassociates.com