```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
SILVIA MICAELA TZARAX TARAX,               :
                                           :
                          Plaintiff,       :
                                           :         1:23-cv-4057-GHW
              -against-                    :
                                           :              ORDER
BAJAJ FOOD CORP., *et al.*,                :
                                           :
                          Defendants.      :
-------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

In the Court's order dated May 17, 2023, Dkt. No. 7, the parties were directed to submit a joint status letter and proposed case management plan to the Court no later than one week before the initial pretrial conference. On December 8, 2023, the Court rescheduled the initial pretrial conference to December 22, 2023. Dkt. No. 24. The parties submitted the joint letter on December 15, 2023, but the Court has not received the proposed case management plan. The parties are directed to comply with the Court's May 17, 2023 order forthwith and in any event no later than December 20, 2023.

SO ORDERED.

Dated: December 18, 2023
New York, New York                              _____
                                                      GREGORY H. WOODS
                                                   United States District Judge