UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

SILVIA MICAELA TZARAX TARAX,　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　Plaintiff,　　:
　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　-against-　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　:
BAJAJ FOOD CORP., *et al.*,　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　Defendants.　:

---------------------------------------------------------------X

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED:  8/5/2024 |

1:23-cv-4057-GHW

<u>ORDER</u>

GREGORY H. WOODS, United States District Judge:

　　　　On July 17, 2024 the Court directed the parties to confer as to whether they consent to

proceeding before the assigned Magistrate Judge, and to submit either an executed consent form or

a joint letter no later than August 1, 2024.  Dkt. No. 33.  Neither document has been submitted.

Accordingly, the parties are directed to comply with the Court's July 17, 2024 order forthwith, and

in no event later than August 14, 2024.

　　　　SO ORDERED.

Dated:  August 5, 2024

_____
GREGORY H. WOODS
United States District Judge