

# HELEN F. DALTON & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

80-02 Kew Gardens Road, Suite 601, Kew Gardens, NY 11415
Tel. (718) 263-9591 Fax. (718) 263-9598

August 14, 2024

**Via ECF**
The Honorable Judge Gary Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: **Tarax v. Bajaj Food Corp., et al.**
    **23-CV-4057 (GS)**

Dear Judge Stein:

    Our office represents the Plaintiff in the above-referenced matter and we submit this letter motion jointly with counsel for Defendants to respectfully request an extension of time to file the parties' settlement documents. Pursuant to prior order from The Hon. Judge Gregory H. Woods, the deadline to submit these documents is today, August 14, 2024.

    The parties have finalized all of the settlement documents and the Plaintiff has executed the agreement. Defendants are in the process of obtaining signatures so that fully-executed copies can be submitted to the Court. As such, we request a one-week extension to file the parties' motion for settlement approval and settlement agreement. If this request is granted, the parties can file on or before August 21, 2024.

    This is the first request for an extension of this deadline and this request will not affect any other dates or deadlines.

    We thank the Court for its consideration and remain available to provide any additional information.

Application granted.  The deadline for the parties to submit their settlement documents for court approval is hereby extended nunc pro tunc.  The parties shall submit their application no later than August 21, 2024.

Date:  August 15, 2024
       New York, New York

**SO ORDERED:**

_/s/ Gary Stein_
HON. GARY STEIN
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

_/s/ James O'Donnell_

James O'Donnell, Esq.